# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## FINAL JUDGMENT

April 30, 2020

Before:
    WILLIAM J. BAUER, *Circuit Judge*

    DANIEL A. MANION, *Circuit Judge*

    ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| Nos. 18-2885 & 19-3290 | CITY OF CHICAGO,<br>Plaintiff - Appellee<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court Nos: 1:17-cv-05720 & 1:18-cv-06859<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber | |

    We **AFFIRM** the grants of declaratory relief as to the declarations that the Attorney General exceeded the authority delegated by Congress in the Byrne JAG statute. We **AFFIRM** the district court's grant of injunctive relief as to the application of the challenged conditions to the Byrne JAG grant program-wide now and in the future. We **REMAND** for the district court to determine if any other injunctive relief is appropriate in light of our determination. Finally, because the injunctive relief is necessary to provide complete relief to Chicago itself, the concern with improperly extending relief beyond the particular plaintiff does not apply, and therefore there is no reason to stay the application of the injunctive relief. The above is in accordance with the decision of this court entered on this date. Each party to bear its own costs.

form name: **c7_FinalJudgment**(form ID: **132**)