# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 22, 2020

*By the Court:*

|  | CITY OF CHICAGO,<br> Plaintiff - Appellee |
| --- | --- |
| Nos. 18-2885 and 19-3290 | v. |
|  | WILLIAM P. BARR, Attorney General of the United States,<br> Defendant - Appellant |

| **Originating Case Information:** |
| --- |
| District Court Nos.: 1:17-cv-05720 and 1:18-cv-06859<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber |

The mandate in this consolidated appeal is **RECALLED** as improvidently issued.

form name: **c7_Order_BTC**(form ID: **178**)